**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| SUNRIDER CORPORATION, d/b/a SUNRIDER INTERNATIONAL, *Plaintiff*, v. FUNCTION HEALTH, INC., *Defendant*. | Civil Action No. 1:25-cv-1652<br><br>**JURY TRIAL DEMANDED** |

# COMPLAINT

Plaintiff Sunrider Corporation, d/b/a Sunrider International ("Sunrider" or "Plaintiff"), complains and alleges as follows:

## STATEMENT OF THE ACTION

1. This is an action for trademark infringement and unfair competition under the United States Trademark (Lanham) Act 15 U.S.C. §§ 1114, 1125, and Texas common law.

2. Plaintiff Sunrider is an international health and wellness company that manufactures and distributes a large variety of health, beauty, food, and household products, including herbal, fruit, and vegetable-based food products. Sunrider operates in nearly 50 countries in partnership with thousands of independent businesses and franchise store owners. *See* https://us.sunrider.com/ and www.sunfit321.com.

3. Sunrider has invested significantly in its business as well as its branding since 1982. Sunrider's growth and success in establishing its reputation has been, in large part, due to its continued and exclusive use of its common law and federally registered trademarks. To date,

Sunrider owns more than ninety (90) federally registered trademarks. *See* Ex. A (Sunrider's federally registered trademarks).

4. Sunrider owns a number of federally registered trademarks specifically to SUNRIDER and SUNRIDER formative marks. These include Sunrider's well known "sun" marks (e.g., the "Sunrider Sun" and the "Sun Mark"), shown below.

5. Sunrider is the owner of the following federal trademark registrations for the Sunrider Sun and Sun Mark, including: (1) Reg. No. 1,972,103 issued May 7, 1996, (2) Reg. No. 3,674,235 issued August 25, 2009, (3) Reg. No. 4,937,410 issued April 12, 2016, and (4) Reg. No. 5,531,774 issued July 31, 2018. Copies of these registrations are attached as Ex. B, and these marks collectively along with Sunrider's similar common law marks comprise Sunrider's "Sun Marks."

6. On information and belief, Function Health, Inc. ("Function Health" or "Defendant") is a health and wellness company providing whole body lab testing services. *See* [https://www.functionhealth.com/](https://www.functionhealth.com/). Function Health's services include detailed physician summaries and analyses of the test results with advice on lifestyle and nutrition plans to improve health.

7. On information and belief, Function Health advertises its services under the below marks (the "Function Sun" or "Function Sun Marks" or "Infringing Marks").

8. On information and belief, Function Health recently filed a number of trademark applications purporting its intent to offer, under the Function Sun Marks, healthy food products and services that are the same as, competitive to, or related to the healthy food products already offered by Sunrider. These goods include meal kits, food and beverages, retail store goods featuring ointments, creams, powders, tablets, and supplements, recipes for meal planning purposes, workout and fitness routines and video training programs, electronic publications in the nature of blogs, articles, videos, and informational newsletters in the fields of health, wellness, nutrition, and personal care. *See* Ex. C (Function Health's trademark applications).

9. On August 15, 2025, Sunrider filed letters of protest with the United States Patent and Trademark Office for each of the trademark applications filed by Function Health. On October 14, 2025, the letter of protest to U.S. App. Ser. No. 99/191,739 to FUNCTION was accepted by the USPTO and forwarded to the trademark examiner for that application. *See* Ex. E. Should Function Health's applications proceed to publication, Sunrider intends to oppose these applications.

10. Function Health's Sun Marks are confusingly similar in appearance and style to Sunrider's Sun Marks. Further, Function Health markets its services in the same channels of trade and to the same customers as Sunrider.

11. This action is brought to stop Function Health's infringement of Sunrider's intellectual property rights.

## THE PARTIES

12. Sunrider is a corporation organized under the laws of the State of Utah with its principal place of business at 1625 Abalone Ave., Torrance, CA 90501. Sunrider operates an office

at 5048 Tennyson Parkway, Suite 250, Plano, Texas, 75024 and maintains a large manufacturing facility and branch office at 3201 Challenger Drive, Midlothian, Texas 76065.

13. On information and belief, Defendant Function Health is a Delaware corporation with a principal place of business at 600 Congress Ave., Floor 14, Austin, Texas 78701.

## JURISDICTION AND VENUE

14. This action raises federal questions under the Lanham Act, 15 U.S.C. § 1052, *et. seq*. This Court has subject matter jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

15. On information and belief, Defendant is a resident of this Judicial District and therefore venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b). In addition, venue is proper because a substantial part of the events giving rise to the claim and the threatened and actual harm to Sunrider occurred in this District by reason of Defendant's conduct as alleged below.

16. As a resident of this Judicial District, Defendant is also subject to personal jurisdiction in this Judicial District. Specific personal jurisdiction exists over Defendant because the specific facts that give rise to the conduct alleged in this Complaint took place in this Judicial District, and Defendant's activity within this Judicial District and Texas is continuous and systematic. Defendant has employees in Texas to support its products and has offered infringing goods and services to customers in this Judicial District.

## FACTUAL BACKGROUND

### Sunrider

17. Sunrider is a closely held and family managed business, established over 40 years ago. Since its founding, Sunrider has grown into a global enterprise operating in nearly 50

countries and regions. Known as the Original Herbal Wellness Company, Sunrider's philosophy of regeneration synergizes ancient Eastern herbal tradition with modern Western science.

18. Sunrider manufactures and sells more than 100 unique health and wellness products, sold under more than 200 SKUs which are developed and formulated by Sunrider. Sunrider has a global presence through its Independent Business Owners, including hundreds of Sunrider Authorized Business Owners in China, who promote and sell Sunrider products.

19. Sunrider manufactures its products in its own facilities around the globe, including at Sunrider's 71-acre manufacturing center located in Midlothian, Texas. Sunrider's Texas facility is a state-of-the-art manufacturing facility with pharmaceutical grade equipment as well as a cutting-edge research and development center. Sunrider also has manufacturing facilities in Singapore, Taiwan, and China.

20. Sunrider is, and has always been, committed to offering the highest quality products to its consumers and takes great care in ensuring that all health claims about its products are true, accurate, and adhere to applicable laws and regulations. Sunrider's dedication to quality has led it to receive NSF International food-safety certification for its products.

21. In addition to selling its goods and services, Sunrider offers franchising opportunities to become a Sunrider Independent Business Owner.

**Sunrider's Trademarks**

22. Since at least as early as 1982, Sunrider has used its unique Sun Marks to identify its goods and services. Sunrider has used the Sun Marks in virtually every aspect of its business – from product labels to marketing materials to social media to signage on its factories and offices to dozens of promotional items used by millions of customers worldwide. The Sun Marks have

garnered immense and considerable goodwill in Sunrider's brand and are a valuable and important asset to the company.

23. Sunrider maintains an extensive portfolio of registered trademarks, owning more than 90 federally registered trademarks. *See* Ex. A.

24. Sunrider owns four federal trademark registrations to the Sunrider Sun, shown in the table below. The registrations are valid and subsisting and incontestable under 15 U.S.C. § 1115(b). *See* Ex. B.

| Registration No. | Mark | Goods and Services |
|---|---|---|
| U.S. Reg. No. 4,937,410<br><br>issued April 12, 2016 | | Classes 3, 5, 9, 16, 18, 21, 25, 29, 30, 32, 35, and 44.<br><br>*See* Ex. B for detailed descriptions. |
| U.S. Reg. No. 1,972,103<br><br>issued May 7, 1996 | SUNRIDER | Classes 3, 5, 8, 9, 16, 18, 21, 25, 26, 29, 30, 32, and 42.<br><br>*See* Ex. B for detailed descriptions. |
| U.S. Reg. No. 3,674,235<br><br>issued August 25, 2009 | SUNRIDER | Classes 9 and 25.<br><br>*See* Ex. B for detailed descriptions. |
| Reg. No. 5,531,774<br><br>issued July 31, 2018 | SUNRIDER | Class 21.<br><br>*See* Ex. B for detailed description. |

25. Sunrider's Sun is a unique circular logo with lines that alternate between dark and light, with the dark lines gradually becoming smaller and the light lines gradually becoming larger from the top. Sunrider uses the Sun Marks in various different color schemes (or without color), but primarily in an orange and/or red color scheme. Examples of Sunrider's use in commerce of the Sun Marks are shown below and in attached Ex. D.









AUS 3568843.5


Search

Home My Network 4 Jobs Messaging 7 Notifications 22

nourish. balance. cleanse

Sunrider International

Wellness and Fitness Services · Torrance, CA · 9K followers · 201-500 employees

Michael follows this page

+ Follow Message ···

Home About Posts Jobs People

Overview

Sunrider International, a manufacturing, direct selling, and retail sales company, was founded in 1982 by Drs. Tei-Fu and Oi-Lin Chen. All five of Drs. Chen's adult children hold senior executive positions within the multi-generational family-owned company, either directly at the corporate headquarters or on t ... see more

Show all details →

Page posts

Sunrider International
8,590 followers
5d •

Sunrider's In-House Legal Counsel, Kevin Chang, took

Sunrider International
8,590 followers
6d •

October Product Focus with Dr. Reuben Chen


SUNRIDER
SUNRIDER®


SUNRIDER
INTERNATIONAL


SUNRIDER®




DEEP
MOISTURE
LOTION
NET WT.
DEEP MOISTURE
LOTION
SUNRIDER
NET WT.
1.75 fl. oz. / 50 mL
REVITALIZING
CLEANSER
SUNRIDER
WARM
FACIAL SCRUB
SUNRIDER
SUNMILK
SUNSCREEN
SPF 30
SUNRIDER





















AUS 3568843.5


SUNSMILE
FRUIT &
VEGETABLE RINSE
SUNRIDER
NET WT. 1 fl. oz./30 mL


VITASPRAY
SUNRIDER


SUNRIDER
SUNERGY


SUNRIDER
citric c-tab


Nutrition Facts
Calories
10


Formula based on the
Philosophy of Regeneration
Manufactured by
Sunrider Manufacturing L.P.
Midlothian, Texas 76065 - USA
SUNRIDER
SunFit




















AUS 3568843.5

SUNRIDER®

# Product Fact Sheet
# SunFit® Protein Plus




OWNER EXPERTISE FORMULATION

SELF-MANUFACTURED

MADE WITH NATURAL INGREDIENTS

## BENEFITS

- 20 grams of protein per serving
- Vegan formula
- Supplies vitamins, minerals, and complex carbs
- Versatile neutral flavor
- Supports muscle growth and recovery
- Healthy snack or meal replacement

## POWER UP WITH PURE PLANT PROTEIN

Boost your protein intake with the best natural formula available. Each serving provides 20 grams of easy-to-digest complete protein. Our 100% vegan formula nourishes the body with a balanced blend of essential nutrients from whole foods, plus ample protein to fuel muscles, support energy, and aid recovery. No added sugar, dairy, artificial sweeteners, or chemical additives, makes it ideal for health and fitness enthusiasts.

## PHILOSOPHY OF REGENERATION®

In tune with the Philosophy of Regeneration®, SunFit® Protein Plus features a unique combination of plant-based ingredients to nourish, balance, and cleanse the five systems of the body to support optimal health and vitality.

## INGREDIENT HIGHLIGHTS

**PEA AND RICE PROTEIN**
This power-packed blend of plant proteins contains all nine of the essential amino acids—including branched-chain amino acids (BCAAs)—needed to effectively build lean muscle.

**COIX FRUIT**
This antioxidant-rich grain has twice the protein of rice. It can help support digestion, weight loss, and diuresis.

**BAMBOO FIBER**
This plant-based fiber aids digestion and enhances the sensation of feeling full.

## FAQS

**Q:** What are the benefits of this protein supplement?

**A:** Protein isn't just about muscle building and repair. Because it's filling, protein helps curb cravings, making it easier to maintain a healthy weight. Our formula also goes beyond protein, with a nutrient profile that includes vitamins, minerals, fiber, antioxidants, and essential fatty acids.

**Q:** Does this product provide complete protein?

**A:** Yes. Our synergized blend of pea and rice proteins supplies all nine of the essential amino acids needed for complete protein. It delivers the high-protein benefits of a dairy/whey protein in a vegan formula. It's great for people wanting to build muscle, stay in shape, or simply make it part of a healthy lifestyle.

**Q:** What are some of the ways to use SunFit® Protein Plus?

**A:** You can add it to NuPlus®, VitaShake®, smoothies, and shakes for a creamier consistency and an extra protein punch. You can also sprinkle it on oatmeal, yogurt, cereal, or other foods as desired. Its neutral flavor makes it easy to add to just about anything.

## RECOMMENDATION

Mix two scoops (40 g) with 12–16 fl. oz. of water, Fortune Delight®, or your favorite Sunrider® beverage. Add to VitaShake®, NuPlus®, or other food as desired.

www.sunrider.com

©2017 The Sunrider Corporation dba Sunrider International. All rights reserved.

**Sunrider's Brand Reputation**

26. Sunrider's Sun Marks are distinctive and well-known as used in connection with the goods and services offered by Sunrider, resulting in recognition that the services offered under the marks are associated with a single source - Sunrider.

27. Sunrider's success in the marketplace is dependent on its reputation, brand recognition, and the goodwill associated with the Sunrider brand. Sunrider has invested substantial time, money, and effort in building the reputation of Sunrider, in obtaining and developing client relationships, and in protecting its intellectual property.

28. Sunrider has extensively advertised and promoted its goods and services bearing the Sun Marks. Sunrider's advertising has included internet, print, and other customary manners to the trade. Sunrider and its franchisees regularly interact with customers and the public using the Sun Marks. As a result of Sunrider's extensive advertising, sound business practices, and operations, Sunrider has established strong relationships with those who have come to recognize and respect the goods/services provided by Sunrider and the services identified with the Sun Marks.

29. The goodwill embodied in Sunrider's Sun Marks, and consequently Sunrider's valuable reputation and credibility in the industry, depends on the integrity of the marks being identified exclusively with Sunrider and not any other source.

30. Sunrider has acquired valuable common law rights in the marks in addition to Sunrider's federally registered trademarks. Sunrider has continuously used the Sun Marks in interstate commerce since at least as early as 1982 in connection with its goods and services and has followed the USPTO marking guidelines and designations as appropriate.

**<u>Function Health</u>**

31. On information and belief, Function Health is a health and wellness company providing whole body lab testing services. *See* https://www.functionhealth.com/. Function Health's services include detailed physician summaries and analyses of the test results with advice on lifestyle and nutrition plans to improve health.

32. Function Health advertises its goods and services under the Function Sun Marks, shown below.

33. Upon information and belief, on May 19, 2025, Function Health filed several trademark applications for the Function Sun Marks. The applications claim use of the marks, or an intent to use the marks, to identify goods and services identical, competitive, and complementary to the goods and services offered by Sunrider under the Sun Marks.

34. On May 19, 2025, Function Health filed U.S. Trademark Application No. 99/191,734 to in International Class 9 for "*Downloadable software in the nature of a mobile application for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data; Downloadable computer software for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data*;" in International Class 41 for "*Providing online non-*

*downloadable electronic publications in the nature of blogs, articles, guidebooks, e-books, videos, and informational newsletters in the field of health, wellness, nutrition, biology, physiology, and personal car*;" and in International Class 42 for "*Providing temporary use of on-line non-downloadable software for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data; Scientific research; Medical research services; Scientific and technological services, namely, scientific research, analysis, and information in the field of health, wellness, nutrition, biology, physiology, and personal care; Providing temporary use of a non-downloadable web application for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data.*" *See* Ex. C.

35. On May 19, 2025, Function Health filed U.S. Trademark Application No. 99/191,741 to in International Class 9 for "*Downloadable intelligent personal assistant software for voice recognition, natural language processing, appointment scheduling, reminders and directions, delivery and provider tracking, communicating with healthcare professionals, meal and diet planning and logging, food and beverage ordering and tracking, exercise and diet planning and logging, lifestyle planning and logging, integration of wearable device data across devices, compiling and analyzing health and wellness related data and records, and searching the internet for information relating to health, healthcare, laboratory testing, wellness, diet, nutrition, biology, physiology, exercise, lifestyle, and personal care; Downloadable software in the nature*

*of a mobile application for use in providing intelligent personal assistant services; Downloadable computer software using artificial intelligence (AI) for voice recognition, natural language processing, appointment scheduling, reminders and directions, delivery and provider tracking, communicating with healthcare professionals and persons adjacent to the healthcare space and their respective staffs, meal and diet planning and logging, food and beverage ordering and tracking, exercise and diet planning and logging, lifestyle planning and logging, integration of wearable device data across devices, compiling and analyzing health and wellness related data and records, and searching the internet for information relating to health, healthcare, laboratory testing, wellness, diet, nutrition, biology, physiology, exercise, lifestyle, and personal care*;" in International Class 35 to "*Retail store services featuring pharmaceuticals, prescription medications and treatments, thermometers, blood pressure measurement devices, pulse measurement devices, oxygen measurement devices, glucose measurement devices, syringes and IV solution sets, hearing aids and assistive listening devices, eye glasses and lenses, and over-the-counter medications, medicines, ointments, creams, powders, tablets, supplements, and treatments; Outsourcing services in the nature of arranging procurement of goods for others in the field of food and beverages; Referrals in the field of clinical trials; Referrals in the field of healthcare, namely, doctor referrals;*" and in International Class 42 to "*Providing on-line non-downloadable software for use in providing intelligent personal assistant services; Providing temporary use of a non-downloadable web application for use in providing intelligent personal assistant services; Providing on-line non-downloadable software using artificial intelligence (AI) for use in providing intelligent personal assistant services*." *See* Ex. C.

36. On May 19, 2025, Function Health filed U.S. Trademark Application No. 99/191,739 for Function in International Class 9 to "*Downloadable intelligent personal*

*assistant software for voice recognition, natural language processing, appointment scheduling, reminders and directions, delivery and provider tracking, communicating with healthcare professionals, meal and diet planning and logging, food and beverage ordering and tracking, exercise and diet planning and logging, lifestyle planning and logging, integration of wearable device data across devices, compiling and analyzing health and wellness related data and records, and searching the internet for information relating to health, healthcare, laboratory testing, wellness, diet, nutrition, biology, physiology, exercise, lifestyle, and personal care; Downloadable software in the nature of a mobile application for use in providing intelligent personal assistant services; Downloadable computer software using artificial intelligence (AI) for voice recognition, natural language processing, appointment scheduling, reminders and directions, delivery and provider tracking, communicating with healthcare professionals and persons adjacent to the healthcare space and their respective staffs, meal and diet planning and logging, food and beverage ordering and tracking, exercise and diet planning and logging, lifestyle planning and logging, integration of wearable device data across devices, compiling and analyzing health and wellness related data and records, and searching the internet for information relating to health, healthcare, laboratory testing, wellness, diet, nutrition, biology, physiology, exercise, lifestyle, and personal care*;" in International Class 35 to "*Retail store services featuring pharmaceuticals, prescription medications and treatments, thermometers, blood pressure measurement devices, pulse measurement devices, oxygen measurement devices, glucose measurement devices, syringes and IV solution sets, hearing aids and assistive listening devices, eye glasses and lenses, and over-the-counter medications, medicines, ointments, creams, powders, tablets, supplements, and treatments; Outsourcing services in the nature of arranging procurement of goods for others in the field of food and beverages; Referrals in the field of clinical trials; Referrals in the field of*

*healthcare, namely, doctor referrals*;" and in International Class 42 to "*Providing on-line non-downloadable software for use in providing intelligent personal assistant services; Providing temporary use of a non-downloadable web application for use in providing intelligent personal assistant services; Providing on-line non-downloadable software using artificial intelligence (AI) for use in providing intelligent personal assistant services*." *See* Ex. C.

37. On May 19, 2025, Function Health filed U.S. Trademark Application No. 99/191,743 for Function in International Class 9 to "*Downloadable software in the nature of a mobile application for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data; Downloadable computer software for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data*;" in International Class 41 to "*Providing online non-downloadable electronic publications in the nature of blogs, articles, guidebooks, e-books, videos, and informational newsletters in the field of health, wellness, nutrition, biology, physiology, and personal care*;" and in International Class 42 to "*Providing temporary use of on-line non-downloadable software for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data; Scientific research; Medical research services; Scientific and technological services, namely, scientific research, analysis, and*

*information in the field of health, wellness, nutrition, biology, physiology, and personal care; Providing temporary use of a non-downloadable web application for use in facilitating medical diagnostic testing, communicating with medical providers, conducting telehealth services, dietary management, meal planning, and in collecting, transmitting, communicating, displaying, viewing, reviewing, processing, tracking, analyzing, managing, and explaining medical information and data.*" *See* Ex. C.

**Function Health's Infringement**

38. Function Health is using the Infringing Marks to identify health and wellness services, specifically to advertise whole body lab testing services aimed at helping individuals understand their overall health and wellbeing. *See* https://www.functionhealth.com.

39. The Infringing Marks are used to identify services and products that are offered in the same industry and/or to the same target customers as the goods and services offered by Sunrider.

40. Sunrider is concerned about protecting the distinctiveness, uniqueness, and reputation of the Sunrider brand and Sun Marks. As a healthcare company, Sunrider is careful to avoid making any health claims regarding its products and services that would violate applicable laws and regulations.

41. On information and belief, Function Health makes concerning statements on its website regarding its services, such as claims of early disease detection and suggestions that Function Health's services can predict or prevent diabetes, pancreatic cancer, stroke, and other conditions. Should Function Health's claims be untrue – and exist alongside a near replica of the Sunrider Sun – this will irreparably damage the Sunrider brand and the goodwill Sunrider has spent decades and millions of dollars to create. *See* https://www.functionhealth.com.

42. Sunrider is further concerned about Function Health's intention to offer, under the Infringing Marks, healthy food products and services that are the same as, competitive to, or related to the healthy food products already offered by Sunrider under the Sun Marks. These products and services are identified in Function Health's pending trademark applications, including meal kits, food and beverage products and services, online retail store services featuring ointments, creams, powders, tablets and supplements, as well as blogs, articles, videos, and informational newsletters in the fields of health, wellness, nutrition and personal care.

43. Function Health's decision to use trademarks that are confusingly similar with Sunrider's Sun Marks appears intended to capitalize on Sunrider's success and goodwill in the marketplace.

44. Function Health is using the Infringing Marks without permission from Sunrider.

45. Function Health's Infringing Marks infringe Sunrider's Sun Marks because the "sun" feature is almost identical and has a similar color and/or font as the Sun Marks.

46. Function Health's use of the Infringing Marks infringes the Sun Marks because Function Health uses these marks to offer the same goods and services as Sunrider to the same consumers.

47. Function Health's unauthorized use of confusingly similar marks is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, at least as to some affiliation, connection, or association of Function Health with Sunrider, or as to the origin, sponsorship, or approval of Functional Health's business by Sunrider.

48. Function Health's unauthorized use of confusingly similar marks falsely designates the origin of the business, and falsely and misleadingly describes and represents facts with respect to Function Health's business.

49. Function Health's unauthorized use of confusingly similar marks enables Function Health to trade on and receive the benefit of goodwill built up at great labor and expense by Sunrider over many years, and to gain acceptance for its business not solely on its own merits, but on the reputation and goodwill of Sunrider and its services.

50. Function Health's unauthorized use of confusingly similar marks unjustly enriches Function Health at Sunrider's expense. Function Health has been and continues to be unjustly enriched, obtaining a benefit from Sunrider by taking undue advantage of Sunrider and its vast goodwill. Specifically, Function Health has taken unfair advantage of Sunrider by trading on and profiting from the goodwill in the Sunrider Sun Marks developed and owned by Sunrider, resulting in Function Health wrongfully obtaining monetary and reputational benefit for their own business and products.

51. Function Health's unauthorized use of confusingly similar marks removes from Sunrider the ability to control the nature and quality of services provided under the Sunrider Sun Marks and places the valuable reputation and goodwill of Sunrider in the hands of Function Health, over whom Sunrider has no control.

52. Unless these acts of Function Health are restrained by this Court, they will continue to cause irreparable injury to Sunrider and to the public for which there is no adequate remedy at law.

**Function Health's Willful Infringement**

53. On March 24, 2025, Sunrider, through its counsel, sent a cease and desist letter to Function Health requesting an immediate stop to this infringement of Sunrider's valuable intellectual property rights.

54. Function Health, through counsel, responded to Sunrider on May 8, 2025, and refused to cease its infringement of the Sunrider Sun Marks.

55. Sunrider responded to Function Health's letter on August 4, 2025 and Function Health further responded on August 25, 2025, refusing to cease its infringement.

56. Sunrider then filed this lawsuit to stop Function Health's infringement.

## COUNT I
## Federal Trademark Infringement Under 15 U.S.C. § 1114

57. Sunrider repeats and realleges the allegations in preceding paragraphs 1 through 56 as if fully set forth herein.

58. Function Health's conduct alleged herein, past and present, has created a likelihood of confusion, and/or deception as to the affiliation connection, or association of Function Health with Sunrider, or as to the origin, sponsorship, or approval of Function Health's products by Sunrider. Function Health's conduct is likely to induce consumers to believe, contrary to fact, that its products are sponsored, endorsed, approved by, or connected with Sunrider and/or its goods and services. The acts of Function Health complained of herein constitute infringement of Sunrider's Sun Marks in violation of 15 U.S.C. § 1114.

59. Sunrider believes, and thereon alleges, that Function Health has derived and received, and will continue to derive and receive, gains, profits, and advantages from Function Health's trademark infringement in an amount not presently known to Sunrider. By reason of Function Health's actions, constituting trademark infringement, Sunrider has been damaged and is entitled to monetary relief in an amount to be determined at trial.

60. Function Health's trademark infringement has caused and will continue to cause immediate and irreparable injury and damage to Sunrider's business, reputation, and goodwill in an amount to be determined at trial. Unless restrained, Function Health's conduct will continue to

seriously and irreparably impair further the value of Sunrider's Sun Marks, for which there is no adequate remedy at law.

61. Function Health's acts complained of herein have been in conscious disregard of Sunrider's rights in the Sun Marks and trade on Sunrider's vast goodwill in the Sun Marks.

62. In light of the foregoing, Sunrider requests an injunction against Function Health for further use of the Infringing Marks, and all damages available as well as court costs, expenses, enhanced damages and attorney's fees pursuant to 15 U.S.C. § 1117.

**COUNT II**
**Federal Unfair Competition Under 15 U.S.C. § 1125**

63. Sunrider repeats and realleges the allegations in preceding paragraphs 1 through 62 as if fully set forth herein.

64. The acts complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125.

65. Function Health's use in interstate commerce of marks confusingly similar to Sunrider's Sun Marks without Sunrider's consent is likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of Function Health with Sunrider, in violation of 15 U.S.C. § 1125(a), and constitutes unfair competition with Sunrider.

66. Function Health's acts complained of herein have been in conscious disregard of Sunrider's rights and the likely confusion or mistake with respect to the source of the goods and services.

67. Sunrider believes, and thereon alleges, that Function Health has derived and received, and will continue to derive and receive, gains, profits, and advantages from Function Health's unfair competition in an amount not presently known to Sunrider. By reason of Function

Health's actions, constituting unfair competition, Sunrider has been damaged and is entitled to monetary relief in an amount to be determined at trial.

68. Function Health's unfair competition has caused and will continue to cause immediate and irreparable injury and damage to Sunrider's business, reputation, and goodwill in an amount to be determined at trial. Unless restrained, Function Health's conduct will continue to seriously and irreparably impair further the value of Sunrider's Sun Marks, for which there is no adequate remedy at law.

69. In light of the foregoing, Sunrider requests an injunction against Function Health for further use of confusingly similar marks to Sunrider's Sun Marks (including the Infringing Marks), and all damages available as well as court costs, expenses, enhanced damages and attorney's fees pursuant to 15 U.S.C. § 1117.

## COUNT III
## Common Law Trademark Infringement

70. Sunrider incorporates the allegations contained in Paragraphs 1 through 69 of this Complaint as if fully set forth herein.

71. Function Health's unauthorized use in commerce of the Infringing Marks as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Function Health's services, and is likely to cause consumers to believe, contrary to fact, that Function Health's services are sold, authorized, endorsed, or sponsored by Sunrider, or that Function Health is in some way affiliated with or sponsored by Sunrider. Function Health's conduct therefore constitutes trademark infringement in violation of Texas common law.

72. Upon information and belief, Function Health has committed the foregoing acts of infringement with full knowledge of Sunrider's prior rights in the Sunrider Sun Marks and with the willful intent to cause confusion and trade on Sunrider's goodwill.

73. Function Health's conduct is causing immediate and irreparable harm and injury to Sunrider, and to its goodwill and reputation, and will continue to both damage Sunrider and confuse the public unless enjoined by this court. Sunrider has no adequate remedy at law.

74. Sunrider is entitled to, among other relief, injunctive relief and an award of actual damages, Function Health's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of this action, together with prejudgment and post-judgment interest.

**COUNT IV**
**Common Law Unfair Competition**

75. Sunrider incorporates the allegations contained in Paragraphs 1 through 74 of this Complaint as if fully set forth herein.

76. Function Health's unauthorized use in commerce of the Infringing Marks as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Function Health's services, and is likely to cause consumers to believe, contrary to fact, that Function Health's services are sold, authorized, endorsed, or sponsored by Sunrider, or that Function Health is in some way affiliated with or sponsored by Sunrider.

77. Function Health's unauthorized use in commerce of the Infringing Marks as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

78. Upon information and belief, Function Health's conduct as alleged herein is willful and is intended to and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Function Health with Sunrider.

79. Function Health's conduct as alleged herein constitutes unfair competition in violation of Texas common law.

80. Function Health's conduct as alleged herein is causing immediate and irreparable harm and injury to Sunrider, and to its goodwill and reputation, and will continue to both damage Sunrider and confuse the public unless enjoined by this court. Sunrider has no adequate remedy at law.

81. Sunrider is entitled to, among other relief, injunctive relief and an award of actual damages, Function Health's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of this action, together with prejudgment and post-judgment interest.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Sunrider prays for judgment against Function Health as follows:

A. A judgment declaring that Function Health has infringed Sunrider's Sun Marks under Federal law and Texas common law;

B. A judgment that Function Health's infringement has been willful;

C. A judgement for Sunrider on all other counts asserted herein;

D. Compensatory and corrective advertising damages in an amount to be proven at trial;

E. A temporary restraining order, preliminary injunction, and permanent injunction restraining Function Health and their agents, employees, salespeople, and all others acting in concert with it from acts of infringement and unfair competition; such injunctive relief to include a prohibition on using any and all of the Infringing Marks in interstate commerce;

F. An ordering requiring Function Health to immediately preserve all documentary and physical evidence in their care, custody or control, including all electronic devices that may contain any evidence of infringement and use of the Infringing Marks;

G. All pre-judgment and post-judgment interest as allowed by law;

H. Attorneys' fees and costs; and

I. Such other relief as the court may deem just and proper.

Dated: October 15, 2025

Respectfully,

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi
TX Bar No. 24072114
dghavimi@spencerfane.com
Stewart N. Mesher
TX Bar No. 24032738
stewart.mesher@spencerfane.com
**SPENCER FANE LLP**
816 Congress Avenue
Suite 1200
Austin, TX 78701
(512) 840-4550

Bradley P. Hartman, *pro hac vice to be filed*
AZ Bar No. 017263
bhartman@hartmantitus.com
**HARTMAN TITUS PLC**
2 N. Central Ave., Suite 1800
Phoenix, AZ 85004
(602) 235-0500

*Attorneys for Plaintiff*